FILED
2015 Mar-06  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| MARLO MARIE REID,  )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>CAROLYN COLVIN,  )<br>*Commissioner*,  )<br>Social Security Administration,  )<br>)<br>Defendant.  ) | 6:14-cv-00869-LSC |

## MEMORANDUM OF OPINION

On February 18, 2015, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this Court grant the plaintiff's motion to dismiss. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the plaintiff's motion to dismiss (doc. 11) is due to be granted and this action DISMISSED. An order of final judgment will be entered contemporaneously herewith.

Done this 6th day of March 2025.

  
_____
L. Scott Coogler
United States District Judge
[160704]