FILED
2015 Mar-06 AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| MARLO MARIE REID, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CAROLYN COLVIN, )<br>*Commissioner*, )<br>Social Security Administration, )<br>)<br>Defendant. ) | 6:14-cv-00869-LSC |

## ORDER

In accordance with the memorandum of opinion entered contemporaneously herewith, accepting and adopting the magistrate judge's report and recommendation, it hereby is ORDERED, ADJUDGED, and DECREED that the plaintiff's motion to dismiss (doc. 11) is GRANTED and this action DISMISSED.

Done this 6th day of March 2015.

L. Scott Coogler
United States District Judge
[160704]